# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES, A NEVADA LIMITED LIABILITY COMPANY,<br><br>   Plaintiff,<br><br>  v.<br><br>TRACY LEE HURST fka TRACY LEE CASTL fka TRACY LEE HURST-CASTL, INDIVIDUALLY and as TRUSTEE OF THE MARY V. NAPHTALI IRREVOCABLE TRUST and as TRUSTEE OF THE TRACY LEE HURST LIVING TRUST; THE MARY V. NAPHTALI IRREVOCABLE TRUST; and THE TRACY LEE HURST LIVING TRUST,<br><br>   Defendants. | No. 2:21-cv-03122-JAK-AGR<br><br><br>**JUDGMENT** |

  The Plaintiff, THE LAW OFFICES OF KRISTINA WILDEVELD & ASSOCIATES, A NEVADA LIMITED LIABILITY COMPANY ("Plaintiff"), brought this action in the Eighth Judicial District Court, Clark County, Nevada, Case No. A-21-829963-C, against the following Defendants: Tracy Lee Hurst ("Hurst"), individually and as trustee of The Mary V. Naphtali Irrevocable Trust and as trustee of the Tracy Lee Hurst Living Trust; the Mary V. Naphtali Tracy Lee Hurst Living Trust; and the Tracy Lee Hurst Living Trust. The Complaint

1

advances four causes of action through which Plaintiff seeks to recover what are alleged to be unpaid legal fees.

On April 12, 2021, Hurst and the Tracy Lee Hurst Living Trust ("the Removing Defendants") removed the action on the basis of diversity jurisdiction. On May 6, 2021, Plaintiff filed a Motion to Remand the action (the "Motion"). The Motion was granted on July 7, 2021. Because it was determined that there was no objectively reasonable basis for removal, Plaintiff was granted leave to file an application for an award of fees and costs incurred as a result of the removal.

Plaintiff filed an Application for Attorney's Fees and Costs on July 16, 2021, and filed an amended application on July 19, 2021. The Removing Defendants did not file an opposition, and a hearing was held on November 1, 2021. The Application for Attorney's Fees and Costs was granted in part, as stated in a subsequent written order that issued on November 3, 2021. The Removing Defendants did not make the payments required by that Order.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Plaintiff is awarded $12,480 in attorney's fees and $50.80 in costs from the Removing Defendants.

Dated: May 16, 2022

John A. Kronstadt
United States District Judge